# EXHIBIT 1



**RONNOCO**
BEVERAGE SOLUTIONS

March 10, 2020

Kevin Castagna
6408 Chapman Drive
Greenville, TX 75402

Dear Kevin,

Welcome to Ronnoco!

This letter will confirm your position as the Territory Manager at Trident and Ronnoco Beverage Solutions (Ronnoco).

You will continue to be paid at a rate of $12/hour and you will continue to receive your commission pay. As a Ronnoco employee you will now be paid weekly (every Friday) for the previous week's work.

You will receive eleven (11) vacation days to use during the remainder of 2020. For 2021 you will receive twelve (12) vacation days and will continue to receive these vacation days each year until you are awarded additional vacation days per our current policy. You will be eligible to participate in all benefit plans that are provided to regular, full-time employees in accordance with the terms of each plan, which may vary from time to time. I have included in this packet the 2020 Benefit Guide which provides a summary of each plan offered. We will review this guide during our call(s) scheduled on March 17th.

I have also included our company handbook. We will review this handbook during the call as well.

I have also included our personnel related forms that I need you to complete and send back to me. Included in these forms is our "Fair Competition Agreement". This document requires that all information relating to the Company and its customers, not generally known to the public, will be treated as confidential and proprietary to the employer and should not be disclosed to any person during or after your employment period without written permission from the Company except where necessary and appropriate in the normal course of your duties for Ronnoco Coffee.

Employment at Ronnoco Coffee is on an "at will" basis. Employment is not for a specified term and is at the mutual consent of the Company and employee. Either the Company or you can terminate the employment relationship, with or without cause, and with or without notice at any time. The Company makes no implied or expressed contract of employment with you and no such contract can be implied or construed unless provided in writing and signed on behalf of the Company by an Officer of the Company.

We look forward to a long and successful partnership!

Please sign below your acceptance of the conditions outlined above. Retain one copy for your records and return the other copy to me.

Sincerely,

Robyn Myers
Director of Human Resources

---

I accept this offer of employment and the conditions outlined above.

Signed: _____  Date: 3/17/20
Kevin Castagna

Ronnoco Coffee, LLC  |  618 S. Boyle Ave.  |  St. Louis, MO 63110  |  314.371.5050
www.ronnoco.com

Scanned with CamScanner